IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DARRYL SMITH**                                                           **PLAINTIFF**

**VS.**                                          **CAUSE NO. 4:10-CV-108-P-S**

**GATE CITY RIVER TRANSPORTATION,
LLC,** *et al.*                                              **DEFENDANTS**

## **ORDER**

This matter is before the court sua sponte, in response to Defendants' motion to dismiss for lack of personal jurisdiction and improper venue. Pursuant to Rule 16(b)(3) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi:

> (b) Filing an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion issue, including any appeal.
>
> (c) At the time the immunity defense or jurisdictional defense motion is filed, the moving party shall submit to the magistrate judge a proposed order granting the stay but permitting discovery relevant only to the defense raised in the motion.
>
> (d) The plaintiff must promptly notify the magistrate judge of a decision on the motion and must submit a proposed order lifting the stay. Within fourteen days of the order lifting the stay, the parties must confer in accordance with L.U.Civ.R. 26(c), and all other deadlines will be determined accordingly.

IT IS, THEREFORE, ORDERED that all proceedings herein, including the Case Management Conference and all motions filed by the parties herein, but excluding discovery relating to jurisdiction, shall be and are hereby stayed pending the court's ruling on the Motion to Dismiss.

IT IS FURTHER ORDERED that should the Motion to Dismiss be denied, plaintiff's counsel shall contact the court within ten days of the denial to advise of the need to re-schedule the Case Management Conference.

SO ORDERED, This the 22nd day of November, 2010.

                                                                        /s/David A. Sanders
                                                                        United States Magistrate Judge